HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRUCE LAMONT WALKER JR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00017-JAM-1 |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE ARRAIGNMENT |
| v. | |
| BRUCE LAMONT WALKER JR, | Date: January 28, 2022 |
| Defendants. | Time: 2:00 p.m. |
| | Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Adrian T. Kinsella, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Bruce Lamont Walker Jr, that the Preliminary Hearing scheduled for January 28, 2022, at 2:00 p.m., be vacated and the matter continued to February 11, 2022, at 2:00 p.m.

The parties specifically stipulate as follows:

1) This matter had previously been set for a preliminary hearing on January 28, 2022. ECF No.6

2) On January 27, 2022, an indictment was filed against Mr. Walker Jr. ECF No. 9.

3) Later this same day, the parties learned Mr. Walker is in a COVID-19 quarantine and will not be available for his arraignment on January 28, 2022.

4) Also on this same day, the Government provided advance discovery to the defense. The discovery consists of police reports, body camera videos, criminal history documents, photographs, and other evidence.

5) Defense counsel needs additional time to review discovery with their client. The client is currently in COVID-19 quarantine, which has slowed down this process.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be from the date the parties stipulated through and including February 11, 2022; pursuant to 18 U.S.C. §3161 (h)(1)(D)[pretrial motions], (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: January 27, 2022

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for BRUCE LAMONT WALKER JR

DATED: January 27, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Adrian T. Kinsella
ADRIAN T. KINSELLA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and to exclude time under the Speedy Trial Act outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the January 28, 2022 Arraignment shall be continued until February 11, 2022, at 2:00 p.m.

DATED: January 27, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE