PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>BRUCE LAMONT WALKER,<br><br>               Defendant. | CASE NO. 2:22-CR-00017-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 15, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on November 15, 2022. On November 4, 2022, the defendant's counsel filed a memo requesting that the matter be set for a status of counsel hearing. ECF No. 20. On November 7, 2022, the Court informed the parties via email that it is not available on November 15, 2022.

2. By this stipulation, defendant now moves to continue the hearing until December 6, 2022, at 9:00 a.m., and to exclude time between November 15, 2022, and December 6, 2022, under Local Code T4. Additionally, the parties respectfully request that the hearing be calendared as a status of counsel hearing.

3. The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

      a)       The government has represented that the discovery associated with this case includes police reports, body camera videos, criminal history documents, photographs, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)       Counsel for defendant desires additional time to conduct investigation and research related to the current charge, to review existing discovery, to continue to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial. Additionally, as set forth in its filing at ECF No. 20, the defense needs additional time to prepare for continuity of counsel.

      c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)       The government does not object to the continuance.

      e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2022 to December 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 7, 2022            PHILLIP A. TALBERT
                                    United States Attorney


                                    /s/ ADRIAN T. KINSELLA
                                    ADRIAN T. KINSELLA
                                    Assistant United States Attorney


Dated:  November 7, 2022            /s/ TIM A. PORI
                                    TIM A. PORI
                                    Counsel for Defendant
                                    BRUCE LAMONT WALKER


## ORDER

IT IS SO FOUND AND ORDERED this 7th day of November, 2022.  Additionally, this matter shall be calendared as a status of counsel hearing on December 6, 2022, at 9:00 a.m.

                                    /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE